FILED
CLERK, U.S. DISTRICT COURT

FEB 2 7 2017

CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　　　　　DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CANTU, | Case No. CV 15-4360 PSG(JC) |
| Petitioner, | ~~(PROPOSED)~~ JUDGMENT |
| v. | |
| MARTIN BITER, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED,

DATED:  2/27/17

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE